# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/2/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR05-00190JMS |
| CASE NAME: | USA v. (01) Jose Diaz |
| ATTYS FOR PLA: | Chris Thomas |
| ATTYS FOR DEFT: | (01) Harlan Kimura<br>(01) Arturo Hernandez, by phone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 2/2/2006 | TIME: | 1:04-1:10:21pm |

COURT ACTION:  EP: Defendant (01) Jose Diaz' Motion for Reconsideration of Bail - defendant present, in custody.

Defendant requests for release of defendant.  Government relies on the pretrial services report.

Motion for Reconsideration of Bail denied.

Government to prepare the order

Defendant is remanded to the custody of the USMS.

Submitted by: Shari Afuso, Courtroom Manager