ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 1 2006

at 3 o'clock and 12 min. P M
SUE BEITIA, CLERK

LODGED
JAN 3 1 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

ARTURO HERNANDEZ-M  #108980
Law Offices of Arturo Hernandez-M
15 South 34th Street
San Jose, CA  95116
Telephone No. (408) 729-5785
Facsimile No. (408) 729-0167

HARLAN Y. KIMURA  #3321
Central Pacific Plaza
220 South King Street, Suite 1660
Honolulu, Hawaii  96813
Telephone No. (808) 521-4134
Facsimile No. (808) 521-0361
E-mail:  hyk@aloha.net

Attorneys for Defendant No. 01
JOSE DIAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00190-01 JMS |
| Plaintiff, | ) |
| | ) ORDER REGARDING |
| | ) APPOINTMENT OF HARLAN |
| vs. | ) Y. KIMURA AS PRIVATELY |
| | ) RETAINED COUNSEL |
| JOSE DIAZ,           (01) | ) |
| Defendant. | ) |

ORDER REGARDING
APPOINTMENT OF HARLAN Y. KIMURA AS
PRIVATELY RETAINED COUNSEL

On July 25, 2005 the Court advised HARLAN Y. KIMURA that upon the approval of the Pro Hac Vice Order permitting Arturo Hernandez-M to appear in this jurisdiction his CJA Appointment for Defendant No. 01 JOSE DIAZ will terminate and thereafter, he would serve as Privately Retained Local Counsel for Defendant No. 01 JOSE DIAZ. Arturo Hernandez-M subsequently filed his Application For Admission To The Bar Pro Hoc (sic) Vice and the Court approved the same on July 26, 2005. Therefore, from and after July 26, 2005 HARLAN Y. KIMURA serves as Privately Retained Local Counsel for Defendant No. 01 JOSE DIAZ.

DATED at Honolulu, Hawaii, _____1/31/06_____.

_____
UNITED STATES MAGISTRATE JUDGE

United States of America v. Jose Diaz; Cr. No. 05-00190-01 SOM; Order Regarding Appointment Of Harlan Y. Kimura As Privately Retained Counsel