AO 83 (Rev. 12/85) Summons in a Criminal Case          CR 05-00190 JMS 01

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 3 2006

at 8 o'clock and 10 min. A M
SUE BEITIA, CLERK

## RETURN OF SERVICE

Service as made by me on:¹          Date  3/1/6

Check one box below to indicate appropriate method of service

☑  Served personally upon the defendant at: USMS cellblock DIHI

☐  Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
Name of person with whom the summons was left:_____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on   3/1/6
              Date                    Name of United States Marshal  Mark M. Hanohano

                                      (by) Deputy United States Marshal

Remarks:

¹As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure