# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

07/24/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR 05-00190JMS

CASE NAME: USA v. (01)Jose Diaz
           (04)Elias Jauregui

ATTYS FOR PLA: Chris Thomas

ATTYS FOR DEFT: (01)Harlan Kimura
                (04)Richard Kawana

INTERPRETER:

JUDGE: Leslie E. Kobayashi          REPORTER: FTR-Courtroom 7

DATE: 07/24/2006                    TIME: 9:56:00-10:05:25

COURT ACTION: EP: **CRIMINAL FINAL PRETRIAL CONFERENCE**

Presence of defendant (01)Jose Diaz waived.

Presence of defendant (04)Elias Jauregui waived.

Jury Trial before Judge J. Michael Seabright on August 8, 2006 at 9:00.a.m.

<u>Representations by counsel on trial time:</u>
The United States: 4 day(s)

Defendant: (01)Jose Diaz - ½ day(s)
Defendant: (04)Elias Jauregui - 1 day(s)

Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendants: (01)(04)

1. <u>Fed. R. Evid. 404(b)</u> : July 28, 2006
2. a. Motions in Limine filed and served by :July 28, 2006.
   b. Memoranda in opposition to motions in limine filed and served by: August 1, 2006.
3. <u>Brady and Giglio Material</u> by: July 28, 2006
4. a. Jury Instructions exchanged by July 28, 2006.

      d.      Filings required by 4(b) & (c) by: July 28, 2006.
5. Witness Lists per stipulation by August 1, 2006.
6. <u>Exhibits</u>
      a.      Parties will exchange exhibits.
      b.      Original exhibits tabbed and in folders/binders, copy in folders/binders.
7. <u>Stipulations</u>: In writing and filed by August 1, 2006.
8. <u>Voir Dire Questions</u>: In writing by August 1, 2006.
9. <u>Trial Briefs</u>: by August 1, 2006.
10. <u>Jencks Disclosures</u> by the Friday before trial
11. <u>Other Matters</u>:
12. N/A

Submitted by: Theresa Lam, Courtroom Manager

CR 05-00190JMS;
USA v. (01)Jose Diaz
;
Final Pretrial Conference Minutes
07/24/2006