BERVAR & JONES
Attorneys at Law
A Law Partnership

BIRNEY B. BERVAR   5482
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile: (808) 550-4991

Attorney for Defendant
Jose Diaz

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 11 2007

at ___ o'clock and ___
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00190-01 JMS |
|---|---|---|
| Plaintiff, | ) | CR. NO. 06-00406 JMS |
| vs. | ) | **NOTICE OF MOTION;** |
| JOSE DIAZ, | ) | **MOTION TO WITHDRAW AS COUNSEL; CERTIFICATE OF SERVICE** |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   Chris A. Thomas
      Assistant United States Attorney
      399 Ala Moana Boulevard, Suite 6100
      Honolulu, Hawaii 96813

      Attorney for Plaintiff
      UNITED STATES OF AMERICA

PLEASE TAKE NOTICE that the following motion will be heard before the Honorable J. Michael Seabright, in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____ at _____ or as soon as counsel may be heard.

DATED: Honolulu, Hawaii, May 11, 2007.

BIRNEY B. BERVAR
Attorney for Defendant
Jose Diaz