IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00190-01  JMS |
| | ) | CR. NO. 06-00406  JMS |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | |
| | ) | |
| JOSE DIAZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at his last known address:

Chris A. Thomas                    Via Hand Delivery on 5/11/07
Assistant United States Attorney
300 Ala Mona Blvd., Suite 6100
Honolulu, Hawaii  96813

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED:  Honolulu, Hawaii, May ___11___, 2007.

BIRNEY B. BERVAR
Attorney for Defendant
Jose Diaz