# MINUTES

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 05-00190JMS-01 |
| | CRIMINAL 06-00406JMS-01 |
| CASE NAME: | United States of America vs. Jose Diaz |
| ATTYS FOR PLA: | Chris A. Thomas |
| ATTYS FOR DEFT: | Birney Bervar |
| INTERPRETER: | Miguel Saibene |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Gloria Bediamol |
| DATE: | 05/16/2007 | TIME: | 10:20 - 10:30 |

COURT ACTION: Motion to Withdraw as Counsel:

Defendant present in custody with counsel Birney Bervar.

Mr. Bervar informed the Court that defendant's family has retained attorney Drago Campa to represent defendant.

Mr. Bervar to contact Mr. Campa . Court will not let Mr. Bervar withdraw at this time.

Sentencing continued to August 23, 2007 at 9:00 a.m.

Submitted by: Dottie Miwa, Courtroom Manager