# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 240578 |
|---|---|
| Trans | 147036 |

Received From:   **DRAGO CAMPA**
Case Number:
Reference Number:   CR 05-190

|  | Cash | 225.00 |
|---|---|---|
|  | Total | 225.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| PRO HAC VICE | 685513 | 1 | 225.00 |
|  |  | **Total** | **225.00** |
|  |  | Tend | 225.00 |
|  |  | Due | 0.00 |

08/20/2007 11:03:10 AM    Deputy Clerk:  lg/AG