Drago Campa, Esq.
CONTRERAS & CAMPA, LLP
U.S. Bank Tower
633 W. Fifth Street, Suite 2600
Los Angeles, California 90051
Tel.: (213) 480-8565

BEN MARTIN, Esq. 4567
P.O. Box 236
Laie, Hawaii 96762
Tel.: (808) 526-3836

Attorneys for Defendant
JOSE DIAZ

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 20 2007
at 10 o'clock and 35 min A M
SUE BEITIA, CLERK

## IN THE UNITED STATES OF AMERICA

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> PLAINTIFF, <br><br> vs. <br><br> JOSE DIAZ, <br><br> DEFENDANT. | CR. No. 05-00190 JMS <br> CR 06-00406 JMS <br><br> APPLICATION FOR ADMISSION PRO HAC VICE; DECLARATION OF DRAGO CAMPA IN SUPPORT THEREOF; CONSENT OF ASSOCIATE COUNSEL; <br><br> CERTIFICATE OF SERVICE |

### APPLICATION FOR ADMISSION PRO HAC VICE

Comes now Drago Campa, counsel for Defendant JOSE DIAZ, pursuant to LR 83.1(e) applies for admission to practice before this Court pro hac vice in the above-entitled case.

1

In support of his application to be admitted to practice pro hac vice, Drago Campa represent as follows:

1. Applicant does not reside in Hawaii. He is a permanent resident of California.

2. Applicant is not regularly employed in Hawaii.

3. Applicant is not regularly engaged in business, professional or law related activities in Hawaii.

4. Applicant was first admitted to practice before the Supreme Court of California in 1994, and before all United States District Courts in California.

5. Applicant is a member in good standing with the State Bar of California, and is eligible to practice before all courts listed in paragraph 4 above.

6. Applicant is not currently disbarred or suspended from practice in any courts.

7. Applicant has been admitted to practice pro hac vice before the United States District Court for the District Court of Georgia.

8. Applicant is a partner of the law firm of:

> CONTRERAS & CAMPA, LLP
> Drago Campa, Esq.
> U.S. Bank Tower
> 633 W. Fifth Street, Suite 2600
> Los Angeles, CA 90051
> Tel.: (213) 480-8565

Mailing:    same as above.

9. Within the last year, applicant has not made any pro hac vice application to practice before this Court, however, applicant is concurrently filing an application pro

2

hac vice to practice before this Court in the matter entitled United States of America v. Nelson Gaitan-Ayala, case number CR. No. 07-00268 JMS.

10. Applicant designates Ben Martin, as associate local counsel, in this matter. Mr. Martin's address and telephone are set forth on the caption page of this instant application.

DATED: Honolulu, Hawaii 8-16-2005.

Drago Campa, Esq.
Applicant

3