IN THE UNITED STATES OF AMERICA

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>vs.<br><br>JOSE DIAZ,<br><br>DEFENDANT. | ) CR. No. 05-00190 JMS<br>)<br>) **DECLARATION OF DRAGO CAMPA**<br>) **IN SUPPORT OF THE APPLICATION**<br>) **FOR ADMISSION PRO HAC VICE**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF DRAGO CAMPA

I, DRAGO CAMPA, hereby declare as follows:

I am co-counsel for Defendant JOSE DIAZ.

The facts and statements set forth in the foregoing application are true and correct

to the best of my knowledge and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS
TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED:     Honolulu, Hawaii  8-16-2005.

DRAGO CAMPA,
Applicant

4