IN THE UNITED STATES OF AMERICA

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. No. 05-00190 JMS |
| | ) |
| | ) CONSENT OF ASSOCIATE COUNSEL; |
| PLAINTIFF, | ) |
| | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| JOSE DIAZ, | ) |
| | ) |
| DEFENDANT. | ) |
| | ) |
| | ) |

## CONSENT OF ASSOCIATE COUNSEL

I, BEN MARTIN, hereby declare as follows:

I am co-counsel for Defendant JOSE DIAZ.

I hereby consent to be designated as associate local counsel with Drago Campa in

the above-entitled case and within the meaning of LR83.1(e).

DATED:    Honolulu, Hawaii 8-16-2005.

Ben Martin
Attorney for Defendant
JOSE DIAZ