# CERTIFICATE OF SERVICE

I, Ben Martin, hereby certify that a true and exact of the foregoing document will be duly mailed and/or hand-delivered to the following:

CHRIS THOMAS, Esq
Assistant U.S. Attorneys
United States Attorney's Office
PJKK Federal Building
300 Ala Moana Blvd.
Box 50183
Honolulu, Hawaii 96850
Attorneys for United States of America

DATED:    Honolulu, Hawaii 8-20-2005.

*Ben Martin*