Drago Campa, Esq.
CONTRERAS & CAMPA, LLP
U.S. Bank Tower
633 W. Fifth Street, Suite 2600
Los Angeles, California 90051
Tel.: (213) 480-8565

BEN MARTIN, Esq. 4567
P.O. Box 236
Laie, Hawaii 96762
Tel.: (808) 526-3836

Attorneys for Defendant
JOSE DIAZ

## IN THE UNITED STATES OF AMERICA

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 05-00190 JMS |
| ) | |
| PLAINTIFF, ) | **ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE** |
| ) | |
| vs. ) | |
| ) | |
| JOSE DIAZ, ) | |
| ) | |
| DEFENDANT. ) | |

### ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE

IT IS HEREBY ORDERED that Drago Campa co-counsel for Defendant JOSE DIAZ, pursuant to LR 83.1(e), be appointed for admission to practice before this Court pro hac vice in the above entitled case.

7

IT IS HEREBY SO ORDERED:

DATED: Honolulu, Hawaii _____

J. MICHAEL SEABRIGHT
Honorable Judge