IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00190-01 JMS |
| | ) | |
| Plaintiff, | ) | ORDER DENYING APPLICATION |
| | ) | FOR PRO HAC VICE ADMISSION |
| vs. | ) | |
| | ) | |
| JOSE D. DIAZ,           (01) | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER DENYING APPLICATION FOR PRO HAC VICE ADMISSION

For the reasons set forth in the Court's Order Denying Application For Pro Hac Vice Admission entered in United States of America v. Nelson Gaitan-Ayala; Cr. No. 07-00268-01 JMS on September 5, 2007, Mr. Campa's application for pro hac vice admission in the above-referenced case is hereby DENIED.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: September 17, 2007