Ben Martin 4567
Law Office of Ben Martin
P.O. Box 236
Laie, Hawaii 96762
Tel: 536-3836

Attorney for Defendant Jose Diaz

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITES STATES OF AMERICA,<br><br>    PLAINTIFF,<br><br>v.<br><br>JOSE DIAZ,<br><br>    DEFENDANT, | ) CR NO. 06-00406 JMS<br>) CR NO. 05-00190 JMS<br>)<br>)<br>)<br>) **WITHDRAWAL AND SUBSTITUTION**<br>) **OF COUNSEL;**<br>)<br>)<br>) Certificate of Service<br>)<br>)<br>) |

### WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Comes Now BIRNEY B. BERVAR, Esq. of BERVAR &, JONES, as court appointed counsel, and hereby withdraws as counsel for Defendant JOSE DIAZ, and hereby substitutes BENJAMIN D. MARTIN as counsel, and as such enters his appearance as counsel for Defendant JOSE DIAZ for any further proceedings in this case.

Dated: Honolulu, Hawaii _____9/19/07_____, 2007

                     _____
                     BIRNEY B. BERVAR, Esq.
                     Withdrawing Counsel for Defendant
                     JOSE DIAZ

_____  9/19/07
BENJAMIN D. MARTIN, Esq.
Substituting Counsel for Defendant
JOSE DIAZ


_____
JOSE DIAZ
Defendant


IT IS SO APPROVED AND ORDERED:


_____
UNITED STATES DISTRICT JUDGE
District of Hawaii


United States vs. Jose Diaz; Cr. No.  06-00406 JMS and Cr. No. 05-00190 JMS
Withdrawal and Substitution of Counsel

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document will be delivered to the following at their last known address by first class mail.

BIRNEY B. BERVAR, Esq.
1003 Bishop Street #1400
Pauahi Tower
Honolulu, Hawaii 96813
Withdrawing Counsel for Defendant
Jose Diaz

ED KUBO, Esq.
CHRIS TOMAS, Esq.
Asst. United States Attorney
300 Ala Moana Blvd., Room 6100
PJKK Federal Building
Honolulu, Hawaii 96850
Attorney for Plaintiff
United States of America

Dated:     Honolulu, Hawaii     9/19/07

BENJAMIN D. MARTIN, Esq.
Substituting Counsel for Defendant
Jose Diaz