IN THE MATTER OF )
CR. NOS. 05-00190-01 JMS and )
CR. NOS. 06-00406 JMS )
) *AFFIDAVIT OF PUBLICATION*
UNITED STATES OF AMERICA )
v. )
JOSE DIAZ, )
Defendant )

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 11 2007

at 12 o'clock and 35 min P.M.
SUE BEITIA, CLERK

STATE OF HAWAII )
) SS.
City and County of Honolulu )

Rose Mae Rosales being duly sworn, deposes and says that she is a clerk, duly authorized to execute this affidavit of MidWeek Printing, Inc., publisher of MidWeek and the Honolulu Star-Bulletin, that said newspapers are newspapers of general circulation in the State of Hawaii, and that the attached notice is true notice as was published in the aforementioned newspapers as follows:

MidWeek _____ times on _____

Honolulu Star-Bulletin ____3____ times on _____
11/23/2007, 11/30/2007, 12/07/2007

And that affiant is not a party to or in any way interested in the above entitled matter.

Subscribed to and sworn before me this __7th__ day of __DECEMBER__ A.D. 20__07__

Notary Public of the First Judicial Circuit
State of Hawaii

My commission expires October 07, 2010

Ad# 03513041

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA v. JOSE DIAZ, defendant.
Cr. No. 05-00190-01 JMS and 06-00406 JMS.

NOTICE IS HEREBY GIVEN that on November 6, 2007, in the above-captioned case, the United States District Court for the District of Hawaii entered a Preliminary Order of Forfeiture condemning and forfeiting the interest of Jose Diaz in the below listed properties and condemning and forfeiting the properties to the United States of America:

Thirty Thousand Two Hundred Dollars ($30,200) in United States Currency; and

Fourteen Thousand Eight Hundred Seventy-Three Dollars ($14,873) in United States Currency.

YOU ARE HEREBY NOTIFIED that the United States intends to dispose of these properties in such a manner as the United States Department of Homeland Security and the United States Postal Service may direct.

Pursuant to 21 U.S.C. § 853 (n) (1), if you have a legal interest in these properties, WITHIN THIRTY (30) DAYS of the final publication of this notice or of receipt of actual notice, whichever is earlier, you must petition the United States District Court for the District of Hawaii, 300 Ala Moana Boulevard, Room C-338, Honolulu, Hawaii 96850, for a hearing to adjudicate the validity of your alleged legal interest in these properties. If a hearing is requested, it shall be held before the Court alone, without a jury.

THE PETITION must be signed by the petitioner under penalty of perjury, as established in 28 U.S.C. § 1746, and shall set forth the nature and extent of your right, title and interest in each item of properties, the time and circumstances of your acquisition of the right, title or interest in the properties and any additional facts supporting your claim and the relief sought.

A copy of the petition should be served on Assistant United States Attorney Rachel S. Moriyama, 300 Ala Moana Boulevard, Room 6-100, Honolulu, Hawaii 96850.

Pursuant to 21 U.S.C. § 853 (n) (2), NEITHER A DEFENDANT IN THE ABOVE-STYLED CASE NOR HIS AGENT IS ENTITLED TO FILE A PETITION

ANY HEARING on your petition shall, to the extent practicable and consistent with the interests of justice, be held within thirty (30) days of the filing of your petition. The Court may consolidate your hearing on the petition with any other hearings requested on any other petitions filed by any other person other than the defendants named above.

YOU HAVE THE RIGHT at the hearing to testify and present evidence and witnesses on your own behalf and cross-examine witnesses who appear at the hearing. The United States may present evidence and witnesses in rebuttal and in defense of its claim to the properties and cross-examine witnesses who appear at the hearing. In addition to testimony and evidence presented at the hearing, the Court shall consider the relevant portions of the record of the criminal cases which resulted in the Preliminary Order of Forfeiture.

If, after the hearing, the Court determines that the petitioner has established by a preponderance of the evidence that: (a) the petitioner has a legal right, title or interest in properties, and such right, title or interest renders the Preliminary Order of Forfeiture invalid in whole or in part because the right, title or interest was vested in the petitioner rather than the defendant or was superior to any right, title or interest of the defendant at the time of the commission of the acts which gave rise to the forfeiture of the properties; or (b) the petitioner is a bona fide purchaser for value of the right, title or interest in the properties and was at the time of purchase reasonably without cause to believe that the properties were subject to forfeiture; the Court shall further amend the Preliminary Order of Forfeiture in accordance with its determination.

IF YOU FAIL TO FILE A PETITION TO ASSERT YOUR RIGHT, TITLE OR INTEREST IN THE ABOVE-DESCRIBED PROPERTIES WITHIN THIRTY (30) DAYS OF THIS NOTICE, YOUR RIGHT TITLE AND INTEREST IN THESE PROPERTIES SHALL BE LOST AND FORFEITED TO THE UNITED STATES OF AMERICA. THE UNITED STATES THEN SHALL HAVE CLEAR TITLE TO THE PROPERTIES HEREIN DESCRIBED AND MAY WARRANT GOOD TITLE TO ANY SUBSEQUENT PURCHASER OR TRANSFEREE. (SB03513041 11/23, 11/30, 12/7/07)