U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal"  
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>Cr. Nos 05-00190-01 JMS and 06-00406 JMS |
| DEFENDANT<br>JOSE DIAZ | TYPE OF PROCESS<br>Preliminary Order of Forfeiture |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
UNITED STATES MARSHALS SERVICE

AT  ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

FILED IN THE  
UNITED STATES DISTRICT COURT  
DISTRICT OF HAWAII  
DEC 20 2007  
at __ o'clock and __ min __ M.  
SUE BEITIA, CLERK

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Rachel S. Moriyama, AUSA  
300 Ala Moana Blvd., Rm 6-100  
Honolulu, HI  96850-6100

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please Process  
CATS  05-USP-000114  
       05-ICE-000182

Signature of Attorney or other Originator requesting service on behalf of:  
Rachel S. Moriyama

☒ PLAINTIFF  
☐ DEFENDANT

TELEPHONE NUMBER  
(808) 541-2850

DATE  
November 7, 2007

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 1  
District of Origin No. 22  
District to Serve No. 22  
Signature of Authorized USMS Deputy or Clerk  
Date: 11/7/07

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 12/12/07  
Time: 4:22 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

Published in Honolulu Star-Bulletin on 11/23/07, 11/30/07 and 12/07/07.

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)