**U.S. Department of Justice**
**United States Marshals Service**

RECEIVED
UNITED STATES MARSHALS
07 NOV 15 AM 11: 50
EASTERN DISTRICT
OF CALIFORNIA

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: UNITED STATES OF AMERICA | COURT CASE NUMBER Cr. Nos. 05-00190-01 JMS / 06-00406 JMS |
| DEFENDANT: JOSE DIAZ | TYPE OF PROCESS: Preliminary Order of Forfeiture |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

UNITED STATES MARSHALS SERVICE

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Rachel S. Moriyama, AUSA
300 Ala Moana Blvd., Rm 6-100
Honolulu, Hawaii 96850

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please publish Notice.

CATS  05-ICE-000182
      05-USP-000114

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 15 2008
at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Signature of Attorney or other Originator requesting service on behalf of: RACHEL S. MORIYAMA
[X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: (808) 541-2850
DATE: Nov. 6, 2007

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 22
District to Serve No. 97
Signature of Authorized USMS Deputy or Clerk
Date: 11/6/07

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
Date of Service: 1/8/08
Time: am/pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | | | | |

REMARKS: See attached

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)